FILED
DEC 17 2015

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GILBERTO PEREZ, III,<br><br>　　　　　Defendant. | Case No.: **15cr3117-H**<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(2)(B)(iii) -<br>Bringing in Aliens Without<br>Presentation; Title 18,<br>U.S.C., Sec. 2 - Aiding and<br>Abetting |

The United States Attorney charges:

　　On or about November 18, 2015, within the Southern District of California, defendant GILBERTO PEREZ, III, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, B.E.L., had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2.

　　DATED: 12-17-15.

　　　　　　　　　　　　　　　　　　LAURA E. DUFFY
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　P. KEVIN MOKHTARI
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

PKM:gr:12/13/2015